UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 2:20-mj-00101-JHR |
| | ) | |
| ALEXANDER BURNHAM | ) | |

**GOVERNMENT'S MOTION IN SUPPORT OF PLEA HEARING BY VIDEO TELECONFERENCE PURSUANT TO GENERAL ORDER 2020-11**

The United States of America, by and through its attorneys, Halsey B. Frank, United States Attorney for the District of Maine, and Meghan E. Connelly, Assistant United States Attorney, do not object to Defendant Alexander Burnham's motion to conduct a change of plea via video teleconference. In light of the circumstances surrounding the Defendant's detention in State custody, the Government believes a plea by video teleconference is appropriate and would alleviate any harms to the interest of justice.

For the aforementioned reasons, the Government does not object to the Defendant's Motion.

Date: August 10, 2020

    Halsey B. Frank
    United States Attorney

    /s/Meghan E. Connelly
    Assistant United States Attorney
    United States Attorney's Office
    100 Middle Street
    Portland, ME 04101
    (207) 780-3257
    meghan.connelly@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

### CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2020, I electronically filed the Government's Motion in Support of a Change of Plea by Video Teleconference with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney of record, Timothy Zerillo.

      Halsey B. Frank
      United States Attorney

      /s/ Meghan E. Connelly
      Meghan E. Connelly
      Assistant United States Attorney
      U.S. Attorney's Office
      100 Middle Street Plaza, East Tower
      Portland, ME  04101
      meghan.connelly@usdoj.gov